373 A.2d 1148

Johnson, Appellant, v. Metropolitan Life Insurance Company.

Submitted November 16, 1976. Richard C. Schomaker, and Barrante, Barrante & Schomaker, for appellant; R. Dell Ziegler, and Buchanan, Ingersoll, Rodewald, Kyle & Buerger, for appellee.

Judgment affirmed.

SPAETH, J., dissents.